**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 29 WAL 2017
                                              :
             Respondent          :
                                                :   Petition for Allowance of Appeal from
                                              :   the Order of the Superior Court
             v.                       :
                                              :
                                              :
STEVEN MYKEL BAILEY,             :
                                                :
             Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.